IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01845-WYD-KLM

LAURALEE FLAGEOLLE,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., and
MIDLAND FUNDING, LLC,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Leave to Appear by Telephone for Initial Scheduling/Planning Conference Set for October 23, 2014** [#13][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#13] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff's counsel may appear by telephone at the Scheduling Conference on October 23, 2014 at 9:30 a.m. by dialing the Court at **303-335-2770**. If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff's counsel before dialing the Court.

    Dated:  October 1, 2014

---

[1] "[#13]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  This convention is used throughout this Minute Order.